FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 21 2026  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_EVAN STUART SINICIN_

_Evan Stuart Sinicin_

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

EVAN STUART SINICIN

-against-

_Judge Earle Gargin_
_Judge Earle Gargin, official capacity_
_Melinda Katz_
_Melinda Katz, official capacity_

_____
Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants.  The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓    NO _____

RECEIVED
APR 21 2026
PRO SE OFFICE

I.    **Parties**:  (In item A below, place your name in the first blank and provide your present address and telephone number.  Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff**  EVAN STUART SINICIN

If you are incarcerated, provide the name of the facility and address:

WEST FACILITY, Rikers Island #4102600108 18L

16-06 Hazen Street, East Elmhurst, NY 11370

Prisoner ID Number:  410 2600108    18LA

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _973 - 713 - 2649_

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

_Jessica Earle Gargin_
Full Name

_"Judge"_
Job Title

_125-01 Queens Boulevard_
_Kew Gardens, NY 11415_
Address

Defendant No. 2

_Melinda Katz_
Full Name

_"District Local Attorney"_
Job Title

_125-01 Queens Boulevard_
_Kew Gardens, NY 11415_
Address

Defendant No. 3

_Mary Beth Anderson_
Full Name

_Court Officer_
Job Title

_125-01 Queens Boulevard_
_Kew Garden, NY 11415_

2

Address _____

**Defendant No. 4**

_Jose Figueroa_

Full Name

_Court Officer_

Job Title

_125-07 Queens Boulevard_
_Kew Gardens, NY 11415_

Address

**Defendant No. 5**

_____

Full Name

_____

Job Title

_____

_____

Address

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _April 11th 2024_
_and continuing until this very day, at_
_the named location Queens Criminal Court_

When did the events happen? (include approximate time and date) _____
_April 11th 2024_
_125-07 Queens Boulevard_
_Kew Gardens, NY 11415_

Facts: (what happened?)

Plaintiff was misled, defamed, civil rights infringed, threatened, physically injured, psychologically injured, threatened with violence, threatened with prison sentences and increased illegal detainment time, was lied to, information withheld, was manipulated and threatened that the court would label the defendant as "crazy" or be committed against his will by 730 and other court procedures if Evan did not comply with the court demands or accept the plea deal. Evan was set-up for a fake violation, following all procedures per the court requirements. Evan was targeted for discrimination for his religion and was told that being Jewish is a disability.

**II.A.  Injuries.**     If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

- Broken nose with permanent deformity. medical treatment was denied.
- Stabbed and cut on face with knife while in custody at Rikers island.
- Evan was defamed and made to be considered disabled by the court to defraud him out of moneys owed to him, a conspiracy to make Evan appear unfit.

_____

_____

_____

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

$3,000,000.00 for physical pain and deformity

$3,000,000.00 for psycological trauma loss of livelehood, loss of property

I declare under penalty of perjury that on ___2026-03-25___ , I delivered this
(date)
complaint to prison authorities at __West Facility, Rikers Island__ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __2026-03-25__        ___Evan Keivein___
                             Signature of Plaintiff

__West Facility, Rikers Island__
Name of Prison Facility or Address, if not incarcerated

__18 LA    16-06 Hazen Street__
__East Elmhurst, NY 11370__

_____
**Address**

__4102600108__
**Prisoner ID#**

rev. 12/1/2015

5

Evan A Sinicin
# 410 2600108
West Facility 18LA
1606 Hazen Street
East Elmhurst, NY 11370

9589 0710 5270 1769 1928 97

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Retail

UNITED STATES POSTAL SERVICE

RDC 99

11201

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 2 1 2026  ★

BROOKLYN OFFICE

U.S. POSTAGE PAID
CM LETTER
STORIA, NY 11103
APR 15, 2026

$10.77

S2324M503667-05

