UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**BRENNA B. MAHONEY**
Clerk

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2270
Fax: (718) 613-2333

Date: **05.13.2026**

Civil Action Number: **26-cv-02358**

Judge:

Re: _____**Evan Stuart Sinicin**_____ v. _____**Gargin et al**_____

Dear Warden or Superintendent:

_____ filed a complaint with this Court thereby incurring filing fees in the total amount of $350.00. See 28 U.S.C. § 1914 (as amended on Feb. 8, 2006) (increasing district court filing fee to $350).

Pursuant to 28 U.S.C. § 1915 (as amended July 26, 1996), plaintiff is proceeding *in forma pauperis* and must pay the total $350 fee by monthly installments deducted from plaintiff's prison trust fund account (or institutional equivalent).

Plaintiff has executed the enclosed prisoner authorization that requests and authorizes your agency to send a certified copy of plaintiff's prison trust fund account for the past six months to this Court. The prisoner authorization further requests and authorizes your agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those amounts from plaintiff's prison trust fund account (or institutional equivalent) and to disburse those amounts to this Court.

The Warden or Superintendent shall not deduct more than twenty percent from the prisoner's trust fund account and shall forward the payments to the appropriate courts sequentially if there are multiple fee-related encumbrances, rather than collecting multiple fees at the same time that exceed twenty percent of the prisoner's trust fund account.

Accordingly, please forward copies of plaintiff's prison trust fund account for the past six months and disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Eastern District of New York. Please remember to include the above-referenced docket number on the disbursement check before sending it to the Court.

Very Truly Yours,

Brenna B. Mahoney, Clerk

rev. 2/1/2022

c/m Pro se BA 05.13.2026